## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Dalonno C Johnson

                Plaintiff,

v.                                            Case No.: 1:21−cv−02244
                                                        Honorable John Robert Blakey

Soo Line Railroad Co

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 24, 2022:

    MINUTE entry before the Honorable John Robert Blakey: Based upon the order entered by Magistrate Judge Kim [40], this case is settled. Counsel shall file either a joint status report or dismissal documents on or before 12/12/2022. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.