UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

---

DALONNO JOHNSON,

    Plaintiff,

vs.                                                                                                                 No. 21 cv 02244

SOO LINE RAILROAD COMPANY, d/b/a
CANADIAN PACIFIC RAILWAY, a
Minnesota Corporation,

    Defendant.

---

## STIPULATION TO DISMISS

    Plaintiff, Dalonno Johnson, and Defendant Soo Line Railroad Company, as evidenced by the signatures of their respective counsel below, stipulate that all matters at issue between them have been fully settled and compromised and that this case should be dismissed with prejudice, with each party to bear its own fees and costs.

    Dated this 21st day of October, 2022.

Respectfully submitted,

ROSSI VUCINOVICH PC

By: _____
James K. Vucinovich
ROSSI VUCINOVICH PC
1000 2nd Ave., Ste 1780
Seattle, WA 98104
Telephone: (425) 646-8003
JVucinovich@rvflegal.com

*Counsel for Plaintiff Dalonno Johnson*

Respectfully submitted,

Anderson Rasor & Partners LLP

By: _____
Maureen McGuire
Matthias D. Gill
150 S. Wacker Dr., Ste 350
Chicago, IL 60606
Telephone: (312) 252-1500
Maureen.McGuire@ARandPartners.com
Matthias.Gill@ARandPartners.com
*Counsel for Defendant Soo Line Railroad Company*